# NO. 12-08-00228-CR
# NO. 12-08-00229-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *MICHAEL KENNEDY,* *APPELLANT* | § | *APPEAL FROM THE THIRD* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *ANDERSON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

On May 29, 2008, Michael Kennedy filed a notice of appeal from the trial court's denial of Kennedy's motion to reduce bond in two trial court cause numbers. On July 15, 2008, this court notified Kennedy, pursuant to Texas Rule of Appellate Procedure 37.2, that the information received in these appeals does not contain a final judgment or other appealable order. Kennedy was further informed that the appeals would be dismissed if the information received in the appeals was not amended on or before July 25, 2008 to show the jurisdiction of this court. The deadline for amendment has passed, and Kennedy has neither responded to the July 15, 2008 notice or otherwise shown the jurisdiction of this court. Accordingly, the appeals are ***dismissed for want of jurisdiction***. *See* TEX. R. APP. P. 37.2, 44.3.

Opinion delivered July 31, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)